United States District Court
District of Connecticut
FILED AT    NEW HAVEN

November 4, 2003
Kevin F. Rowe, Clerk

By _____
Deputy Clerk

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER FANN | : |
| **Plaintiff,** | : |
| | : |
| v. | : CASE NUMBER |
| | : |
| | : 3:02CV46 ~~(CFD)~~ MRK |
| TOWN OF EAST HARTFORD, | : |
| JAMES SHAY, CHIEF OF POLICE IN | : |
| HIS OFFICIAL AND INDIVIDUAL | : |
| CAPACITY; OFFICER LAWRENCE | : |
| HENRICKSON, IN HIS OFFICIAL AND | : |
| INDIVIDUAL CAPACITY; OFFICER | : |
| THOMAS CASTAGNA, IN HIS | : |
| OFFICIAL AND INDIVIDUAL | : |
| CAPACITY | : |
| **Defendants** | : NOVEMBER 3, 2003 |

### PARTIES' JOINT MOTION FOR REFERRAL TO A MAGISTRATE

Both parties in the above captioned matter respectfully request that this matter be referred to a Magistrate in order to discuss settlement. In support of such motion the parties allege:

1. The parties believe that a magistrate may assist them in resolving this matter.

2. If the parties are unable to settle this matter with the assistance of a magistrate, they respectfully request 30 days after the conference to prepare a joint trial memorandum in order that this case may be trial ready.

3. The parties request that the settlement conference be held sometime in mid December 2003 excluding December 9th or December 19th, 2003.

Respectfully submitted,
Plaintiff, Walter Fann

By: *[signature]*
KIMBERLY A. GRAHAM
His Attorney
621 Farmington Avenue
Hartford, CT 06105
Fed No. 11920

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing motion and memorandum was mailed prepaid on this 3rd day of November 2003 to all counsel of record:

Andrew M. Dewey, Esq.
Law Offices of Baio & Associates
15 Elm Street
Rocky Hill, CT 06067

*[signature]*
KIMBERLY A. GRAHAM