## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| Walter Fann, | : | | |
| | : | | |
| Plaintiff, | : | NO. | 3:02cv46 (MRK) |
| | : | | |
| v. | : | | |
| | : | | |
| | : | | |
| City of East Hartford, et al., | : | | |
| | : | | |
| Defendants. | : | | |

### **ORDER**

In light of Defendant's representation that the requested discovery was provided to Plaintiff on March 26, 2003 [doc. #20], Plaintiff's Motion to Compel Defendant Henrickson to Provide Dental Records [doc. #19] is DENIED as moot.

IT IS SO ORDERED.

/s/        Mark R. Kravitz

U.S.D.J.

Dated at New Haven, Connecticut: December 23, 2003