FILED

FEB 13   2 03 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WALTER FANN
        Plaintiff,

v.

TOWN OF EAST HARTFORD, ET AL.
        Defendants

CASE NUMBER: 302CV46 (MRK)

FEBRUARY 11, 2004

## MOTION FOR LEAVE TO AMEND DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES DATED JUNE 19, 2002

Pursuant to Rule 15 of the Federal Rules of Civil Procedure the defendants in this matter hereby seek leave to amend their Answer and Affirmative Defenses dated June 19, 2002 to include a Seventh Affirmative Defense. The proposed Amended Answer and Affirmative Defenses is attached hereto.

At the time of the incident that is the subject of this action the defendants were insured by Reliance Insurance Company. On October 3, 2001 Reliance Insurance Company was declared to be insolvent pursuant to a Liquidation Order issued by the Commonwealth Court of Pennsylvania. Pursuant to C.G.S. §38a-836, et. seq. Connecticut Insurance Guaranty Association became involved in this matter in lieu of Reliance Insurance Company (in Liquidation). The defendants proposed Amended Answer and Affirmative Defenses simply adds a Seventh Affirmative Defense alleging that the defendants claim an

entitlement to any and all applicable set offs allowed pursuant to the Connecticut Insurance Guaranty Association statutes, more specifically, C.G.S. §38a-836, et. seq.

Wherefore, the defendants respectfully request that the Court grant the defendants' permission to file this Amended Answer and Affirmative Defenses.

>Defendants, Town of East Hartford, Thomas Castagna, Officer Lawrence Henrickson and James Shay
>
>BY: _____
>Andrew M. Dewey
>Baio & Associates, P.C.
>15 Elm Street
>Rocky Hill, CT 06067
>Tele: (860) 571-8880
>Fax: (860) 571-8853
>Federal Bar No. ct07152
>His Attorney

### CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 11th day of February 2004 to all counsel of record as follows:

Attorney Kimberly A. Graham
621 Farmington Avenue
Hartford, CT 06105

_____
Andrew M. Dewey