UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Friday February 13, 2004
9:30 a.m.

CASE NO. **3:02cv46 MRK**   <u>Fann v. East Hartford, et al</u>

Claudia A. Baio
Baio & Associates
15 Elm St.
Rocky Hill, CT 06067


Andrew M. Dewey            STATUS CONFERENCE HELD
Baio & Associates
15 Elm St.                 DATE: 2/13/04
Rocky Hill, CT 06067
                           15 min.


Kimberly A. Graham
621 Farmington Ave., 2nd Fl.
Hartford, CT 06105


                                    BY ORDER OF THE COURT
                                    KEVIN F. ROWE, CLERK