UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| Walter Fann, | : | | |
| | : | | |
| Plaintiff, | : | NO. | 3:02cv46 (MRK) |
| | : | | |
| v. | : | | |
| | : | | |
| | : | | |
| City of East Hartford, et al., | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

Defendants' Motion For Leave To Amend Defendants' Answer and Affirmative Defenses [doc. #27] is GRANTED, absent objection by Plaintiff.

IT IS SO ORDERED.

/s/        Mark R. Kravitz

U.S.D.J.

Dated at New Haven, Connecticut: March 12, 2004