

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WALTER FANN                          :
                 Plaintiff,          :
                                     :
v.                                   :        CASE NUMBER: 302CV46 (MRK)
                                     :
TOWN OF EAST HARTFORD, ET AL.        :
                 Defendants          :        JULY 23, 2004

### MOTION FOR ENLARGEMENT OF TIME RE:
### JOINT TRIAL MEMORANDUM

   Pursuant to Fed. R. Civ. P. 16 and Rules 7 and 16 of the Local Rules of Civil Procedure the undersigned counsel, on behalf of the defendants, Town of East Hartford, James Shay, Lawrence Henrickson and Thomas Castagna, hereby moves for an enlargement of time of seven (7) days from August 3, 2004 until August 10, 2004 for the parties to file the Joint Trial Memorandum.  This case is scheduled to commence jury selection on August 31, 2004.

   Due to the recent unexpected death of the undersigned counsel's father, the additional time is needed to prepare the Joint Trial Memorandum.  On July 23, 2004 plaintiff's counsel, Kimberly Graham, indicated that she had no objection to this request.

LAW OFFICES OF BAIO & ASSOCIATES, P.C.
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

WHEREFORE, the defendants respectfully request that this motion be granted.

Defendants, Town of East Hartford, Thomas
Castagna, Officer Lawrence Henrickson and
James Shay

BY: _____
Andrew M. Dewey
Baio & Associates, P.C.
15 Elm Street
Rocky Hill, CT 06067
Tele: (860) 571-8880
Fax: (860) 571-8853
Federal Bar No. ct07152
Their Attorney
adewey@baiolaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on

July 23, 2004 to all counsel of record as follows:

Attorney Kimberly A. Graham
621 Farmington Avenue
Hartford, CT 06105

_____
Andrew M. Dewey