

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WALTER FANN | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | CASE NUMBER |
| | : | 3:02CV46 (MRK) |
| TOWN OF EAST HARTFORD, ET AL | : | |
| **Defendants** | : | AUGUST 5, 2004 |

### PARTIES' JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE THE TRIAL MEMORANDUM

Both parties in the above captioned matter respectfully request an extension of time until Wednesday, August 18, 2004 to complete the Joint Trial Memorandum. In support of this motion, the parties state the following;

1. The parties have been working diligently to complete the Trial Memorandum in spite of familial obligations and scheduling conflict;

2. In spite of our diligence, we have found that one additional week is needed to complete the Trial Memorandum;

3. Even with an additional week, the Memorandum will be completed in time for the Pretrial Conference which is scheduled for August 24, 2004;

---

**KIMBERLY A. GRAHAM • ATTORNEY AT LAW, L.L.C.**
621 FARMINGTON AVENUE • HARTFORD, CT 06105 • (860) 523-9306 • FAX (860) 523-1274 • JURIS NO. 413679

4. Although Attorney Dewey requested a one week extension of time due to the death of his beloved father, this is the parties' first joint motion for an extension of time to complete the trial memorandum.

Respectfully submitted,
Plaintiff, Walter Fann

By: _____
KIMBERLY A. GRAHAM
His Attorney
621 Farmington Avenue
Hartford, CT 06105
Fed No. 11920

### CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing motion was mailed prepaid on this 5th day of August 2004 to all counsel of record:

Andrew M. Dewey, Esq.
Law Offices of Baio & Associates
15 Elm Street
Rocky Hill, CT 06067

_____
KIMBERLY A. GRAHAM