FILED
Aug 18  1 43 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WALTER FANN | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | CASE NUMBER |
| | : | 3:02CV46 (MRK) |
| TOWN OF EAST HARTFORD, ET AL | : | |
| **Defendants** | : | AUGUST 17, 2004 |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLETE THE TRIAL MEMORANDUM

The Plaintiff in the above captioned matter respectfully requests an extension of time until **August 24, 2004** to complete the Joint Trial Memorandum and further requests that the jury selection be continued until **September 22, 2004**. In support of such motion, plaintiff alleges the following:

1. On or about August 5, 2004, the parties jointly requested an extension of time. Both parties have had family illness recently.

2. Since the last request for an extension of time, the stepmother of the undersigned suffered a stroke and her father suffered a fall which left him immobile (temporarily, hopefully).

3. My obligations to my father and stepmother have taken me away from my practice for a good deal of time. I therefore have not completed my portion of the Trial Memorandum. It is my intent to have a draft of my portion of the Trial Memorandum completed and in Attorney Dewey's hands by Thursday, August 19, 2004.

4. Attorney Dewey will then require time to prepare his objections and motions in limine as he may deem appropriate.

5. The parties have continued to discuss the case on a daily basis and believe that the Pretrial Conference scheduled for the 24th of this month will resolve any outstanding issues.

6. With regard to the plaintiff's request for an extension of time for jury selection, plaintiff alleges that at least one of the plaintiff's witnesses is not available for trial on the 31st of this month as she is going away for the Labor Day weekend. The undersigned counsel has trials scheduled for the week of September 13th and the week of September 20th.

**KIMBERLY A. GRAHAM • ATTORNEY AT LAW, L.L.C.**
621 FARMINGTON AVENUE • HARTFORD, CT 06105 • (860) 523-9306 • FAX (860) 523-1274 • JURIS NO. 413679

7. Attorney Dewey has no objection to the extensions of time being granted.

                                  Respectfully submitted,
                                  Plaintiff, Walter Fann

                                By:_____
                                KIMBERLY A. GRAHAM
                                His Attorney
                                621 Farmington Avenue
                                Hartford, CT 06105
                                Fed No. 11920

### CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing motion was mailed prepaid on this 17th day of August 2004 to all counsel of record:

Andrew M. Dewey, Esq.
Law Offices of Baio & Associates
15 Elm Street
Rocky Hill, CT 06067

                                _____
                                KIMBERLY A. GRAHAM