UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Walter Fann, | : | |
| | : | |
| Plaintiff, | : | NO.   3:02cv46 (MRK) |
| | : | |
| v. | : | |
| | : | |
| City of East Hartford, et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

Having conferred with the parties, Parties' Joint Motion For Extension Of Time To Complete The Trial Memorandum [doc. # 34] and Plaintiff's Motion For Extension Of Time To Complete The Trial Memorandum [doc. # 36] are GRANTED to the following extent. The Court hereby sets the following modified trial schedule in the above-captioned case:

1. Jury selection will take place on **September 27, 2004 at 9:30 a.m.** in Courtroom # 4. Parties should be prepared to commence trial on **November 2, 2004 at 9:00 a.m**.

2. A final pre-trial conference will be held at **9:30 a.m. on September 22, 2004** in Courtroom # 4.

   **TRIAL COUNSEL MUST ATTEND THE FINAL PRE-TRIAL CONFERENCE.**

3. The Parties' Joint Trial Memorandum is due **September 14, 2004**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: September 1, 2004.