UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WALTER FANN **Plaintiff,** | : : : | |
| v. | : | CASE NUMBER |
| | : | 3:02CV46 (MRK) |
| TOWN OF EAST HARTFORD, ET AL **Defendants** | : : | SEPTEMBER 14, 2004 |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLETE THE TRIAL MEMORANDUM

The Plaintiff in the above captioned matter respectfully requests an extension of time until **September 16, 2004** to complete the Joint Trial Memorandum. In support of such motion, plaintiff alleges the following:

1. Due to health related issues, Plaintiff's counsel was delayed in getting a draft of her portion of the Memorandum to Defenant's counsel;however, both parties believe that the Memorandum will be completed on Thursday, September 16, 2004

2. Attorney Dewey has been contacted and has no objection to the extension being granted

Respectfully submitted,
Plaintiff, Walter Fann

By: _____
**KIMBERLY A. GRAHAM**
His Attorney
621 Farmington Avenue
Hartford, CT 06105
Fed No. 11920

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing motion was mailed prepaid on this 14th day of September, 2004 to all counsel of record:

Andrew M. Dewey, Esq.
Law Offices of Baio & Associates
15 Elm Street
Rocky Hill, CT 06067

KIMBERLY A. GRAHAM