FILED

SEP 22  12 27 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WALTER FANN<br>PLAINTIFF | : | CIVIL ACTION NO.<br>3:02CV46(CFD) MRK |
| VS. | : | |
| TOWN OF EAST HARTFORD, ET AL | : | SEPTEMBER 22, 2004 |

## PLAINTIFF'S CONSENTED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

The plaintiff by and through the undersigned counsel respectfully requests the Court's permission to file the attached amended complaint in the above captioned case. In support of such motion the plaintiff alleges the following:

1. The parties have agreed that the complaint would be amended.

WHEREFORE, the plaintiff respectfully moves to amend his complaint as attached herein.

PLAINTIFS,

By: *[signature]*
KIMBERLY A. GRAHAM
Federal Bar No. CT11920
621 Farmington Avenue
Hartford, CT 06105
(860) 523-9306

(860) 523-1274 (FAX)

## CERTIFICATION OF SERVICE

This is to certify that copy of the foregoing motion was hand delivered/ mailed prepaid to the defendants' attorney:

Andrew M. Dewey, Esq
Baio, Dratfield & Associates
Rocky Hill, CT 06067

_____
KIMBERLY A. GRAHAM

KIMBERLY A. GRAHAM  •  ATTORNEY AT LAW, L.L.C.
621 FARMINGTON AVENUE • HARTFORD, CT 06105 • (860) 523-9306 • FAX (860) 523-1274 • JURIS NO. 413679