```
                                                    FILED

                                                 2004 NOV -8  P 3: 31

                                                 U.S. DISTRICT COURT
        UNITED STATES DISTRICT COURT              NEW HAVEN, CT
             DISTRICT OF CONNECTICUT
```

WALTER FANN
    PLAINTIFF             :    CASE # 302CV46(MRK)

vs.

TOWN OF EAST HARTFORD, ET AL   :
    DEFENDANTS           :    OCTOBER 15, 2004

## STIPULATION OF DISMISSAL

Pursuant to F.R.C.P. 41(l)(ii) the plaintiff, Walter Fann, through his attorney, Kimberly A. Graham and the defendant Lawrence Henrickson, through his attorney, Andrew M. Dewey, hereby stipulate that all of the claims of the plaintiff in the above-entitled action shall be dismissed as to said defendant, with prejudice, and without cost as to either party, subject to the approval of the court.

Plaintiff, Walter Fann

By: *(signature)*
Kimberly A. Graham
His Attorney
621 Farmington Avenue
Hartford, CT 06105
(860) 523-9306
Federal No. ct11920
E-Mail: Kimberly.a.graham@snet.net

Defendant, Lawrence Henrickson

By: *(signature)*
Andrew M. Dewey
Baio & Associates PC
15 Elm Street
Rocky Hill, CT 06067
(860) 571-8853
Federal No. ct07152
E-Mail: adewey@baiolaw.com