## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WALTER FANN | : | |
| | : | |
| Plaintiff, | : | CASE NUMBER  3:02cv46 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| TOWN OF EAST HARTFORD, | : | |
| LAWRENCE HENRICKSON, | : | |
| JAMES SHEA, THOMAS CASTAGNA | : | |
| | : | |
| Defendants. | : | |

### JUDGMENT

Notice having been sent to counsel of record on September 24, 2004 pursuant to Local Rule 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before October 24, 2004. A Stipulation of Dismissal as to defendant Lawrence Henrickson was entered by the Clerk on November 10, 2004.

No other closing papers having been received and no further requests for continuance having been received, it is hereby, ORDERED that the complaint on file herein, be and hereby is, dismissed pursuant to Local Rule 41(b),  without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at New Haven, Connecticut, this 6th day of December 2004.

KEVIN F. ROWE, Clerk

By /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____